HAROLD NAPOLIELLO, PETITIONER-RESPONDENT, v. TUNG-SOL ELECTRIC, INC., RESPONDENT-PETITIONER.

Mr. *Isidor Kalisch* for the petitioner.

Messrs. *Avidan & Avidan* for the respondent.

May 14, 1962.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. MAX KOPES, DEFENDANT-PETITIONER.

Mr. *Harry G. Hyra* and Mr. *Emanuel Gersten* for the petitioner.

Mr. *Frank C. Scerbo* and Mr. *Berlram Polow* for the respondent.

May 14, 1962.